

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 20, 2023.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-10914 |
| | § | |
| JEWEL SUNSET HOLDINGS, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**AGREED ORDER GRANTING MOTION TO ENTER TO ENTER DISMISSAL ORDER PER AGREED ORDER REGARDING MOTION TO SHOW CAUSE [DKT. NO. 119]**

WHEREAS, IN SAID DISTRICT, came on for consideration the Motion by Michael G. Colvard, Subchapter V Trustee ("Sub V Trustee"), to Show Cause why the Case Should not be Converted or Dismissed under 11 U.S.C. § 1112(b)(1), (the "Motion"), The Court having considered the Motion, the objection to the Motion filed by First National Bank of Pennsylvania ("FNB"), arguments of counsel, and the record in this case, finds that the Motion should be granted.

ORDERED, ADJUDGED and DECREED that the Motion filed by Sub V Trustee to enter a Dismissal Order in compliance with the Agreed Order Regarding the Motion to Show Cause is granted; and, it is further

ORDERED, ADJUDGED and DECREED that Jewel Sunset Holdings, LLC ("Debtor"), per agreement with its secured lender FNB shall turn over all assets serving as collateral (the "Collateral") for the loans previously given by FNB to the Debtor. Following entry of this Dismissal Order the Collateral shall immediately be made available to FNB for inspection and securing same to permit the disposition of the Collateral. This Court reserves limited jurisdiction to hear disputes arising from the implementation or interpretation of this paragraph; it is further

ORDERED, ADJUDGED and DECREED that the case is dismissed.

###

AGREED:

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
Email: mcolvard@mdtlaw.com

By:/s/ *Michael G. Colvard*
    MICHAEL G. COLVARD
    State Bar No. 0462920

**Subchapter V Trustee**

**THE BROWN LAW FIRM**
By: */s/ Jerome A. Brown*
Jerome A. Brown
State Bar No. 03140000
13900 Sawyer Ranch Rd
Dripping Springs, TX 78620
Phone: (512) 306-0092
Email: jerome@brownbankruptcy.com

**Attorney for Debtor**

**CLARK HILL PLC**
By: */s/ Andrew G. Edson*
State Bar No. 24076364
901 Main Street, Suite 6000
Dallas, TX 75202
Phone: (214) 651-2047
Email: aedson@clarkhill.com

**Attorney for First National Bank of Pennsylvania**